■ R.B. CONWAY & SONS, INC., Plaintiff, v NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION et al., Defendants, PRIMER CONSTRUCTION CORP. et al., Appellants, and VICTOR A. GORDON, P.E., P.C., Respondent. [23 NYS3d 881]—Judgment, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered January 7, 2015, to the extent it brings up for review an order, same court and Justice, entered June 23, 2014, which, among other things, upon a search of the record, sua sponte dismissed defendants-appellants' (the Primer Construction defendants') cross claim for contribution against defendant Victor A. Gordon, P.E., P.C., unanimously reversed, on the law, without costs, and the cross claim reinstated.

The motions before Supreme Court did not raise any issue with respect to the Primer Construction defendants' cross claim

for contribution against Gordon, a nonmoving party. Accordingly, Supreme Court lacked the authority to search the record and dismiss that cross claim (*see Castlepoint Ins. Co. v Moore*, 109 AD3d 718, 719 [1st Dept 2013]; *see also Dunham v Hilco Constr. Co.*, 89 NY2d 425, 429-430 [1996]). Concur—Saxe, J.P., Moskowitz, Richter and Feinman, JJ.